IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

UNITED STATES OF AMERICA §
§
v. § NO. 4:20-CR 147
§ Judge Jordan
§
§ SEALED
█████████ §
█████████ §
█████████ §
ALFREDO CASTANOS MENDOZA (4), §



FILED

JUN 10 2020

Clerk, U.S. District Court
Eastern District of Texas

**INDICTMENT**

THE UNITED STATES GRAND JURY CHARGES:

### Count One

<u>Violation</u>: 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute Heroin)

Between in or about February 2014 and August 2016, in the Eastern District of Texas and elsewhere, ████████████████████████████████ ████████████████████████████████████████████████ **Alfredo Castanos Mendoza**; and ████████ defendants, did knowingly and intentionally combine, conspire, and agree with each other, and with ████████████████████████████

Indictment/Notice of Penalty
Page 1

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States all property, real and personal, involved in the offenses alleged or traceable to such property, and all property, real or personal, used to commit or facilitate the offense alleged.

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of any defendant –

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with a third person;

    (c)    has been placed beyond the jurisdiction of the court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(a)(4), to seek forfeiture of any other property of each defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by each defendant.

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

| | |
|---|---|
| _____ | _____ |
| LESLEY D. BROOKS<br>Assistant United States Attorney | Date |

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:20-CR Judge |
|  ALFREDO CASTANOS MENDOZA (4), | § § | **SEALED** |

## NOTICE OF PENALTY

### Count One

Violation:          21 U.S.C. § 846

Penalty:            If 1 kilogram or more of a mixture or substance containing a detectable amount of heroin -- not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five (5) years.

Special Assessment: $100.00