CLOSED,INTERPRETER

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Houston)
# CRIMINAL DOCKET FOR CASE #: 4:21−mj−02153−1 *SEALED*
## *Internal Use Only*

Case title: USA v. SEALED
Other court case number: 4:20−cr−147 Eastern District of TX, Sherman Division

Date Filed: 10/07/2021
Date Terminated: 10/07/2021

Assigned to: Magistrate Judge Christina A Bryan

**Defendant (1)**

**Alfredo Castanos Mendoza**
*TERMINATED: 10/07/2021*

represented by

**Federal Public Defender − Houston**
440 Louisiana
Ste 310
Houston, TX 77002
713−718−4600
Fax: 713−718−4610
Email: hou_ecf@fd.org
*TERMINATED: 10/07/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**J. A. (Joe) Salinas , III**
Attorney at Law
315 Addicks Howell Rd.
#941442
Houston, TX 77094
713−227−7700
Fax: 713−583−2334
Email: jas3lawtx@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Houston Interpreter**
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Highest Offense Level (Opening)**

**Disposition**

1

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

21 U.S.C. § 846 – Conspiracy to Possess with Intent to Distribute Heroin

**Disposition**

Ordered committed to the Texas Eastern District Court Sherman

**Plaintiff**

**USA**

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 10/07/2021 | 1 | 4 | Copy of Redacted Indictment from the Eastern District of TX, Sherman Division, case number 4:20–cr–147 as to Alfredo Castanos Mendoza, filed.(gkelner, 4) (Entered: 10/07/2021) |
| 10/07/2021 |  | 10 | Arrest (Rule 40) of Alfredo Castanos Mendoza, filed. (gkelner, 4) (Entered: 10/07/2021) |
| 10/07/2021 |  | 8 | ***Set Hearing as to Alfredo Castanos Mendoza: Initial Appearance – Rule 40 set for 10/7/2021 at 02:00 PM before Magistrate Judge Christina A Bryan (gkelner, 4) (Entered: 10/07/2021) |
| 10/07/2021 |  | 9 | INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 10/7/2021 before Magistrate Judge Christina A Bryan as to Alfredo Castanos Mendoza. Defendant first appearance on Indictment from the Texas Eastern District Court 4:20–cr–147 and advised of rights/charges. Defendant appeared without counsel, Defendant requests appointed counsel, Financial affidavit executed. Order appointing FPD for limited purpose, Defendant waives Identity, Detention Hearing in this district and Waiver of Rule 5 & 5.1 Hearings executed, Court finds identity, Deft ordered removed to originating district,. Appearances: AUSA Luis Batarse f/USA.(ERO:Yes) (Interpreter: Yes) (Pretrial Officer: K. Bell) Defendant remanded to custody, filed.(cjan, 4) (Entered: 10/07/2021) |
| 10/07/2021 | 2 | 11 | Sealed Financial Affidavit CJA 23 by Alfredo Castanos Mendoza, filed. (Entered: 10/07/2021) |
| 10/07/2021 | 3 | 12 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER FOR LIMITED PURPOSE. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (cjan, 4) (Entered: 10/07/2021) |
| 10/07/2021 | 4 | 13 |  |

|  |  |  | BRADY ORDER on Rule 5(f) as to Alfredo Castanos Mendoza. (Signed by Magistrate Judge Christina A Bryan) Parties notified. (cjan, 4) (Entered: 10/07/2021) |
|---|---|---|---|
| 10/07/2021 | 5 | 14 | WAIVER of Rule 5 & 5.1 Hearings by Alfredo Castanos Mendoza, filed.(cjan, 4) (Entered: 10/07/2021) |
| 10/07/2021 |  | 15 | Interpreter needed as to Alfredo Castanos Mendoza. Language: SPANISH. Houston Interpreter for Alfredo Castanos Mendoza added. (cjan, 4) (Entered: 10/07/2021) |
| 10/07/2021 | 6 | 16 | COMMITMENT TO ANOTHER DISTRICT as to Alfredo Castanos Mendoza. Defendant committed to the Texas Eastern District Court. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (cjan, 4) (Entered: 10/07/2021) |
| 10/07/2021 |  | 17 | RULE 5 Papers sent via email to Texas Eastern District Court Sherman Division as to Alfredo Castanos Mendoza, filed.(cjan, 4) (Entered: 10/07/2021) |
| 10/07/2021 |  | 18 | Attorney update in case as to Alfredo Castanos Mendoza. Attorney Federal Public Defender – Houston terminated. (cjan, 4) (Entered: 10/07/2021) |
| 10/07/2021 | 7 | 19 | ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE for Defendant Alfredo Castanos Mendoza. JOE SALINAS appointed. ( Signed by Magistrate Judge Christina A Bryan) Parties notified. (cjan, 4) (Entered: 10/07/2021) |

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

United States Courts
Southern District of Texas
FILED

*October 07, 2021*

Nathan Ochsner, Clerk of Court

UNITED STATES OF AMERICA §
§
v. §   NO. 4:20-CR
§   Judge         **4:21-mj-2153**

ALFREDO CASTANOS MENDOZA (4), §

SEALED

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 21 U.S.C. § 846 (Conspiracy to Possess with Intent to Distribute Heroin)

Between in or about February 2014 and August 2016, in the Eastern District of Texas and elsewhere, ▓▓▓▓▓▓▓▓▓▓ **Alfredo Castanos Mendoza;** and ▓▓▓▓▓ defendants, did knowingly and intentionally combine, conspire, and agree with each other, and with ▓▓▓▓▓

Indictment/Notice of Penalty
Page 1

4

████████████████████████████████████████ and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute 1 kilogram or more of a mixture or substance containing a detectable amount of heroin, a violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
### Criminal Forfeiture Pursuant to 21 U.S.C. § 853

As a result of committing the offense charged in this Indictment, the defendants shall forfeit to the United States all property, real and personal, involved in the offenses alleged or traceable to such property, and all property, real or personal, used to commit or facilitate the offense alleged.

**Substitute Assets**

If any of the property described above as being subject to forfeiture, as a result of any act or omission of any defendant –

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with a third person;

    (c) has been placed beyond the jurisdiction of the court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(a)(4), to seek forfeiture of any other property of each defendant up to the value of the above forfeitable property, including but not limited to all property, both real and personal owned by each defendant.

A TRUE BILL

_____
GRAND JURY FOREPERSON

STEPHEN J. COX
UNITED STATES ATTORNEY

_____   _____
LESLEY D. BROOKS                 Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 4:20-CR |
| | § | Judge |
|  | | **SEALED** |
| ALFREDO CASTANOS MENDOZA (4), | § | |

## NOTICE OF PENALTY

### Count One

Violation:  21 U.S.C. § 846

Penalty:  If 1 kilogram or more of a mixture or substance containing a detectable amount of heroin -- not less than 10 years and not more that life imprisonment, a fine not to exceed $10 million, or both; supervised release of at least five (5) years.

Special Assessment: $100.00

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:36430393@txs.uscourts.gov
Subject:Activity in Case 21-2153 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

# U.S. District Court

# SOUTHERN DISTRICT OF TEXAS

## Notice of Electronic Filing

The following transaction was entered on 10/7/2021 at 12:30 PM CDT and filed on 10/7/2021

**Case Name:** USA v. SEALED
**Case Number:** 4:21-mj-02153 *SEALED*
**Filer:**
**Document Number:** No document attached

**Docket Text:**
 ***Set Hearing as to Alfredo Castanos Mendoza: Initial Appearance – Rule 40 set for 10/7/2021 at 02:00 PM before Magistrate Judge Christina A Bryan (gkelner, 4)**

**4:21-mj-02153 *SEALED*-1** No electronic public notice will be sent because the case/entry is sealed.

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:36434318@txs.uscourts.gov
Subject:Activity in Case 21-2153 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered on 10/7/2021 at 6:12 PM CDT and filed on 10/7/2021

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 4:21−mj−02153 *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**INITIAL APPEARANCE IN RULE 5(c)(3) Minute Entry for proceedings held on 10/7/2021 before Magistrate Judge Christina A Bryan as to Alfredo Castanos Mendoza. Defendant first appearance on Indictment from the Texas Eastern District Court 4:20−cr−147 and advised of rights/charges. Defendant appeared without counsel, Defendant requests appointed counsel, Financial affidavit executed. Order appointing FPD for limited purpose, Defendant waives Identity, Detention Hearing in this district and Waiver of Rule 5 & 5.1 Hearings executed, Court finds identity, Deft ordered removed to originating district,. Appearances: AUSA Luis Batarse f/USA.(ERO:Yes) (Interpreter: Yes) (Pretrial Officer: K. Bell) Defendant remanded to custody, filed.(cjan, 4)**

**4:21−mj−02153 *SEALED*−1** No electronic public notice will be sent because the case/entry is sealed.

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:36430386@txs.uscourts.gov
Subject:Activity in Case 21-2153 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

## U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered on 10/7/2021 at 12:29 PM CDT and filed on 10/7/2021

**Case Name:** USA v. SEALED
**Case Number:** 4:21–mj–02153 *SEALED*
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Arrest (Rule 40) of Alfredo Castanos Mendoza, filed. (gkelner, 4)**

**4:21–mj–02153 *SEALED*–1 No electronic public notice will be sent because the case/entry is sealed.**

| CJA-23 (Rev 3/21) | **FINANCIAL AFFIDAVIT** |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

**IN THE UNITED STATES**  ☐ DISTRICT COURT   ☐ COURT OF APPEALS   ☐ OTHER *(Specify Below)*

IN THE CASE OF _____ V. _____

FOR _____
AT _____

LOCATION NUMBER _____

PERSON REPRESENTED *(Show your full name)* _____

CHARGE/OFFENSE *(Describe if applicable & check box→)*   ☐ Felony   ☐ Misdemeanor

1 ☐ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other *(Specify)* _____

DOCKET NUMBERS
Magistrate Judge _____
District Court _____
Court of Appeals _____

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Do you have a job?  ☐ Yes   ☐ No
**IF YES,** how much do you earn per month? _____
Will you still have a job after this arrest?   ☐ Yes   ☐ No   ☐ Unknown

**PROPERTY**
Do you own any of the following, and if so, what is it worth?

| | APPROXIMATE VALUE | DESCRIPTION & AMOUNT OWED |
|---|---|---|
| Home | $_____ | _____ |
| Car/Truck/Vehicle | $_____ | _____ |
| Boat | $_____ | _____ |
| Stocks/bonds | $_____ | _____ |
| Other property | $_____ | _____ |

**CASH & BANK ACCOUNTS**
Do you have any cash, or money in savings or checking accounts?  ☐ Yes   ☐ No
**IF YES,** give the total approximate amount after monthly expenses   $_____

**OBLIGATIONS, EXPENSES, & DEBTS**

How many people do you financially support? _____

| BILLS & DEBTS | MONTHLY EXPENSE | TOTAL DEBT |
|---|---|---|
| Housing | $_____ | $_____ |
| Groceries | $_____ | $_____ |
| Medical expenses | $_____ | $_____ |
| Utilities | $_____ | $_____ |
| Credit cards | $_____ | $_____ |
| Car/Truck/Vehicle | $_____ | $_____ |
| Childcare | $_____ | $_____ |
| Child support | $_____ | $_____ |
| Insurance | $_____ | $_____ |
| Loans | $_____ | $_____ |
| Fines | $_____ | $_____ |
| Other | $_____ | $_____ |

I certify under penalty of perjury that the foregoing is true and correct.

_____   _____
SIGNATURE OF DEFENDANT          Date
(OR PERSON SEEKING REPRESENTATION)

11

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Case No. 4:21−mj−02153 *SEALED* |
| | § | |
| Alfredo Castanos Mendoza | § | |

## ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE

Because the Defendant, Alfredo Castanos Mendoza, has satisfied this court that (s)he is financially unable to employ counsel for initial appearance only and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent Defendant in the above designated case for the **limited purpose of any hearing conducted in Houston, Texas**, and shall have no effect once the Defendant is transferred to the original court in the Texas Eastern District Court, Sherman Division. Once transferred, the original court must make a new determination on whether the Defendant satisfies the requirements for appointed counsel based on the information available to the court at that time.

### Attorney appointed: Federal Public Defender

The appointment **SHALL** remain in effect until Defendant is transferred to the original jurisdiction and this case is terminated in the Southern District of Texas.

Signed on October 7, 2021.

_____
Christina A. Bryan
United States Magistrate Judge

12

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| *versus* | § § § | Case No. 4:21−mj−02153 *SEALED* |
| Alfredo Castanos Mendoza | § | |

## ORDER

In accordance with Federal Rule of Criminal Procedure 5(f), as amended by the Due Process Protections Act, Pub. L. No. 116-182, 134 Stat. 894 (Oct. 21, 2020), the Government is **ORDERED** to comply with the prosecutor's disclosure obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), and its progeny. The Government is also notified of the potential consequences of violating this Order and the disclosure obligations. The consequences include, but are not limited to, sanctions such as delaying trial or other proceedings, excluding evidence, giving adverse jury instructions, granting a new trial, dismissing the case, or finding the Government in contempt.

It is so **ORDERED**.

**SIGNED** on October 7, 2021.

_____
Christina A. Bryan
United States Magistrate Judge

AO 466A (Rev. 01/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

United States of America )
v. )  Case No. ~~4:20-CR~~ 21-2153
ALFREDO CASTANOS MENDOZA )
_Defendant_ ) Charging District's Case No. 4:20CR147

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the _(name of other court)_ UNITED STATES COURT EASTERN DISTRICT OF TEXAS SHERMAN DIVISION.

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 10 days of my first appearance if I am in custody and 20 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☒ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.   Reserve rt to detention hearing in Eastern Dist.

☒ a preliminary or detention hearing to which I may be entitled in this district, and production of the warrant. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 10/8/21

_Defendant's signature_

_Signature of defendant's attorney_

J. A. (Joe) SALINAS

_Printed name of defendant's attorney_

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:36434347@txs.uscourts.gov
Subject:Activity in Case 21-2153 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered on 10/7/2021 at 6:15 PM CDT and filed on 10/7/2021

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 4:21–mj–02153 *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Interpreter needed as to Alfredo Castanos Mendoza. Language: SPANISH. Houston Interpreter for Alfredo Castanos Mendoza added. (cjan, 4)**

**4:21–mj–02153 *SEALED*–1** No electronic public notice will be sent because the case/entry is sealed.

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| versus § | Case No. 4:21–mj–02153 *SEALED* |
| § | |
| Alfredo Castanos Mendoza § | |

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the **Texas Eastern District Court, Sherman division, in 4:20–cr–147.**

**The defendant may need an interpreter for this language: SPANISH**.

The defendant requested court appointed counsel. Federal Public Defender appointed.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: October 7, 2021

_____
Christina A. Bryan
United States Magistrate Judge

Government moved for detention and Defendant detained pending a hearing in District of offense.

16

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:36434359@txs.uscourts.gov
Subject:Activity in Case 21-2153 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

## U.S. District Court

## SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered on 10/7/2021 at 6:17 PM CDT and filed on 10/7/2021

| | |
|---|---|
| **Case Name:** | USA v. SEALED |
| **Case Number:** | 4:21–mj–02153 *SEALED* |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**RULE 5 Papers sent via email to Texas Eastern District Court Sherman Division as to Alfredo Castanos Mendoza, filed.(cjan, 4)**


**4:21–mj–02153 *SEALED*–1** **No electronic public notice will be sent because the case/entry is sealed.**

```
MIME-Version:1.0
From:DCECF_LiveDB@txs.uscourts.gov
To:DC_Notices@localhost.localdomain
Bcc:
--Case Participants:
--Non Case Participants:
--No Notice Sent:

Message-Id:36434381@txs.uscourts.gov
Subject:Activity in Case 21-2153 Sealed v. Sealed (Redacted Notice)
Content-Type: text/html
```

### U.S. District Court

### SOUTHERN DISTRICT OF TEXAS

### Notice of Electronic Filing

The following transaction was entered on 10/7/2021 at 6:22 PM CDT and filed on 10/7/2021

**Case Name:** USA v. SEALED
**Case Number:** 4:21–mj–02153 *SEALED*
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**Attorney update in case as to Alfredo Castanos Mendoza. Attorney Federal Public Defender – Houston terminated. (cjan, 4)**

**4:21–mj–02153 *SEALED*–1** <span style="color:red">No electronic public notice will be sent because the case/entry is sealed.</span>

United States District Court
Southern District of Texas
**ENTERED**
October 07, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 4:21−mj−02153 *SEALED* |
| § | |
| Alfredo Castanos Mendoza § | |

## ORDER APPOINTING COUNSEL FOR LIMITED PURPOSE

Because the Defendant, Alfredo Castanos Mendoza, has satisfied this court that (s)he is financially unable to employ counsel for initial appearance only and does not wish to waive counsel, and because the interests of justice so require, an attorney is hereby **APPOINTED** to represent Defendant in the above designated case for the **limited purpose of any hearing conducted in Houston, Texas**, and shall have no effect once the Defendant is transferred to the original court in the Eastern District of Texas, Sherman Division. Once transferred, the original court must make a new determination on whether the Defendant satisfies the requirements for appointed counsel based on the information available to the court at that time.

### Attorney appointed: JOE SALINAS

The appointment **SHALL** remain in effect until Defendant is transferred to the original jurisdiction and this case is terminated in the Southern District of Texas.

Signed on October 7, 2021.

_____
Christina A. Bryan
United States Magistrate Judge