**IN THE UNITED STATE DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| | § |
| | § **CRIMINAL NO. 4:20-CR-00147-SDJ-KPJ** |
| **v.** | § |
| | § |
| **Alfredo Castanos Mendoza** | § |
| | § |
| | § |

**ENTRY OF APPEARANCE OF COUNSEL**

I wish to enter my appearance as retained counsel for the above-named defendant in this cause.

I understand that it is my duty to continue to represent the above-named defendant in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant with any appeal which the defendant desires to perfect, and to represent the defendant on appeal until a final judgement has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court in all cases.

By:_____

**Darlina C. Crowder**
*Lead Counsel*
*State Bar No. 24009825*
**Aubrey K. Noonan**
*Senior Associate Attorney*
*State Bar No. 24089951*
**Morgan A. McNabb**
*Associate Attorney*
*State Bar No. 24104918*
Defenseteam@crowdercriminalfirm.com
Attorney for Alfredo Castanos Mendoza

## CERTIFICATE OF SERVICE

DARLINA C. CROWDER, certifies as follows:

I am a citizen of the United States of America, over the age of 18 years, and competent to be a witness herein. I hereby certify that on this day, I electronically filed the foregoing Entry of Appearance of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Lesley Davis Brooks
Asst. U.S. Attorney
600 East Taylor
Suite 2000
Sherman, Texas 75090

I certify under penalty of perjury of the laws of the State of Texas that the foregoing is true and correct.

Darlina C. Crowder